896 A.2d 1161

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Keith S. HOUSER, Respondent.**

**No. 1095 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 10, 2006.

*O R D E R*

PER CURIAM:

AND NOW, this 10th day of March, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 21, 2005, it is hereby

ORDERED that Keith S. Houser be and he is disbarred from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Justice BALDWIN did not participate in this matter.